**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1532

CHARLES DAVIS BURRELL,

Plaintiff - Appellant,

versus

RICHFOOD, INCORPORATED; RICHFOOD HOLDINGS,
INCORPORATED,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-97-948)

Submitted:  November 5, 1998       Decided:  November 18, 1998

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Davis Burrell, Appellant Pro Se.  Patricia Kyle Epps,
Charles Randolph Sullivan, HUNTON & WILLIAMS, Richmond, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Davis Burrell appeals the district court's order dismissing his employment discrimination and 42 U.S.C.A. § 1983 (West 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Burrell v. Richfood, Inc., No. CA-97-948 (E.D. Va. Mar. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2